================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 236  SSM 25
In the Matter of Suzanne Lozinak,
            Respondent,
        v.
Board of Education of
Williamsville Central School,
            Appellant.




            Submitted by Edward A. Trevvett, for appellant.
            Submitted by Timothy Connick, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order reversed, with costs, and petition dismissed.  We cannot
say that "the penalty of [termination] . . . shocks the judicial
conscience" (<u>Matter of Kelly v Safir</u>, 96 NY2d 32, 40 [2001]; <u>see</u>
<u>Matter of Pell v Board of Educ. of Union Free School Dist. No. 1</u>
<u>of Towns of Scarsdale & Mamaroneck, Westchester County</u>, 34 NY2d
222, 234-235 [1974]).  Chief Judge Lippman and Judges Read,
Smith, Pigott, Rivera and Abdus-Salaam concur.

Decided December 17, 2014